spondent] herein, and good cause therefor appearing, it is ordered that the order of the respondent herein, dated May 3, 1940, suspending petitioner's pilot certificate No. 5168 be, and hereby is superseded pending determination of petition to review in this cause by this court."

Our order did not suspend the running of the sixty-day period mentioned in respondent's order, and could not have done so. For the period mentioned was not merely a period of sixty days; it was that certain period of sixty days which commenced May 3, 1940, and expired July 2, 1940—an expiration which no court order could postpone.

Although a copy of the petition for review was, upon filing, forthwith transmitted to respondent by the clerk of this court,[4] a transcript of the record upon which respondent's order was entered was not filed in this court until August 13, 1940. Meanwhile the petition for review had become moot. For, the sixty-day period having expired, respondent's order was no longer in effect and could never again be put into effect. Thus review of the order became and is unnecessary.

Petition dismissed.

and H. S. Phillips, U. S. Atty., of Tampa, Fla., for appellee.

Before FOSTER, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

In the above numbered and entitled cause the judgment, 38 F.Supp. 158, is affirmed.

---

**CARMICHAEL, District Director of U. S. Immigration and Naturalization Service, v. WONG CHOON OCK.**

**No. 9685.**

Circuit Court of Appeals, Ninth Circuit.

April 19, 1941.

---

**Anna Marie NORTON, Appellant, v. UNITED STATES of America, Appellee.**

**No. 9611.**

Circuit Court of Appeals, Fifth Circuit.

March 5, 1941.

Rehearing Denied April 2, 1941.

S. S. McCahill, of Miami, Fla., for appellant.

Fendall Marbury and Keith L. Seegmiller, Sp. Attys., Department of Justice, Julius C. Martin, Director, War Risk Litigation, and Wilbur C. Pickett, Sp. Asst. to the Atty. Gen., all of Washington, D. C.,

Wm. Fleet Palmer, U. S. Atty., and Russell K. Lambeau, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

Geo. W. Fenimore, of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

---

[4] Civil Aeronautics Act of 1938, § 1006 (c), 49 U.S.C.A. § 646(c).